UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO GONZALEZ ARROYO,<br><br>                         Petitioner,<br>v.<br>Kristi NOEM, Secretary, U.S. Department of Homeland Security; Todd LYONS, Acting Director, U.S. Immigration and Customs Enforcement; Patrick DIVVER, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement; Christopher LAROSE, Senior Warden, Otay Mesa Detention Center; Sirce OWEN, Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice; Pamela BONDI, Attorney General, U.S. Department of Justice.<br>                        Respondents. | Case No.:  3:25-cv-02878-GPC-AHG<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; SETTING A BRIEFING SCHEDULE; SETTING A HEARING DATE**<br><br>[ECF No. 1] |

      On October 24, 2025, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and Request for Order to Show Cause Within Three Days pursuant to 28 U.S.C. § 2243. ECF No. 1. Respondents are hereby ordered to show cause

why the Petition should not be granted by filing a written response no later than **November 3, 2025**. Petitioner may file a reply no later than **November 6, 2025**. The Court sets an Order to Show Cause Hearing for **Friday, November 14, 2025** at **2:30 PM** in Courtroom 12A.

    **IT IS SO ORDERED.**

Dated: October 27, 2025

Hon. Gonzalo P. Curiel
United States District Judge