1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11

ARNULFO GONZALEZ ARROYO,
Petitioner,

12

v.

13

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, et al.,

14

15

Respondents.

Case No.: 25-cv-2878-GPC-AHG

**ORDER GRANTING JOINT MOTION TO DISMISS**

**[ECF No. 6]**

16
17

    Based on the joint motion of the parties to dismiss this action, and the Court

18

having considered the same,

19

    IT IS HEREBY ORDERED that this action shall be dismissed in its entirety

20

with prejudice. The briefing schedule and hearing the Court set in its November 4,

21

2025 Order, ECF No. 5, shall be VACATED.

22

    **IT IS SO ORDERED.**

23
24

Dated:  November 5, 2025

25

Hon. Gonzalo P. Curiel
United States District Judge

26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28